This is to advise that on May 16, 2012

Senior Judge Richard W. Goldberg

Issued CONFIDENTIAL Slip Op. 12-64

In action

Ct. No. 11-00076

US Magnesium LLC,
(Plaintiff,)

v.

United States,
(Defendant,)

and

PSC VSMPO-Avisma Corp. and
VSMPO-Tirus, US Inc.,
(Defendant - Intervenors.)